FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
# Central District Of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
# CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
George Roy Swarberg
fdba Rod Knobie, fdba Altas Saw and Grinding, Inc.

**BANKRUPTCY NO.** 8:10–bk–19007–ES

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–0558
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 10/7/10

**JOINT DEBTOR INFORMATION:**
Bonnie Lynn Swarberg
fdba Rod Knobie, fdba Altas Saw and Grinding, Inc.

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–2579
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** 10/7/10

**Address:**
1739 Tradewinds
Newport Beach, CA 92660

Based on debtor's request, IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and
(2)   the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: October 7, 2010

BY THE COURT,
**Erithe A. Smith**
United States Bankruptcy Judge

(Form od13vd VAN–154) Rev. 03/09

**17 / DUA**